UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ZEBRA AKEHURST; MURPHY ANTHONY;            :
PAMELA BAILEY; JANET BAINE; BETTY          :
BAKER; TERESA BILLINGSLEY; TERRY           :
BOYCE; JOYCE CAMPBELL; DENISE              :
DILLARD; DANNY DROTTS; DEBORAH             :
ESTREM; KATHY FAZEKAS; JANICE              :
PILCHER; KATHRYN PULSIFER; GERTRUDE        :
ROWLANDS; DANA SHAW; SUZANNE               :
SHELLY; CAROLINE SMITH; MARY               :
VANMATRE; BRINDA WOOD,                     :
                                           :
        Plaintiffs.                        :   Civil Action
v.                                         :   No. 04-11288-GAO
                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A       :
INTERNEURON PHARMACEUTICALS, INC.;         :
WYETH, INC., F/K/A AMERICAN HOME           :
PRODUCTS CORPORATION; WYETH                :
PHARMACEUTICALS, INC F/K/A WYETH-          :
AYERST PHARMACEUTICALS, INC., A            :
DIVISION OF AMERICAN HOME PRODUCTS         :
CORPORATION; AND BOEHRINGER                :
INGELHEIM PHARMACEUTICALS, INC.,           :
                                           :
        Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                    Respectfully submitted,
    Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

Of Counsel:                             One Beacon Street
Barbara Wrubel                          Boston, Massachusetts 02108
Katherine Armstrong                     (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                          Boehringer Ingelheim Pharmaceuticals, Inc.